No. 04–160. PAGE v. MANTELLO. C. A. 2d Cir. Certiorari denied.

No. 04–164. LOMBARD ET AL. v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 04–171. GADDA v. UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–176. MINCH ET AL. v. CITY OF CHICAGO, ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 04–178. DEYNES-TORRES v. UNITED STATES ET AL. C. A. 1st Cir. Certiorari denied.

No. 04–179. THOMPSON ET UX. v. HARCO NATIONAL INSURANCE CO. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 04–182. TALLMADGE v. KNOWLES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–187. CASLER v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 04–189. RIZZO v. MICHIGAN. 46th Dist. Ct. Oakland County, Mich. Certiorari denied.

No. 04–191. SMITH v. RUSH RETAIL CENTERS, INC. C. A. 5th Cir. Certiorari denied.

No. 04–199. MACKEY v. THOMPSON, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–201. FRANKEL v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 04–203. COTA-MEZA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–212. RAPIER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–213. PARKER v. DEPARTMENT OF DEFENSE. C. A. 4th Cir. Certiorari denied.